# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*August 23, 2006*

[Cite as *08/23/2006 Case Announcements*, 2006-Ohio-4288.]

## MERIT DECISIONS WITHOUT OPINIONS

**2006–0910. State ex rel. PFC Lamont Hill Memorial v. Petro.**
In Mandamus. On respondent's answer and motion for judgment on pleadings, relator's motions for leave to amend the caption of the complaint, to strike motion for judgment on the pleadings, and to disqualify Jennifer L. Urban from representing respondent, and respondent's motion to strike relator's motions to amend complaint, to strike, and to disqualify counsel. Relator's motion for leave to amend the caption of the complaint is granted. Relator's motions to strike and to disqualify counsel are denied. Respondent's motion for judgment on the pleadings is granted. Cause dismissed.
MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2006–1097. State ex rel. Hayden v. Berea Mun. Court.**
In Mandamus. On answer of respondent Ohio Department of Rehabilitation and Correction and motions to dismiss of City of Brook Park Prosecutor, City of Brook Park Police Department, Berea Municipal Court, City of Berea, Judge Mark A. Comstock, and Berea Clerk of Courts. Motions to dismiss granted. Cause dismissed.
MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2006–1152. Steele v. AultCare Corp.**
Stark App. No. 2005CA00241, 2006-Ohio-2200. On appellant's notice of appeal and memorandum in support of jurisdiction and appellee's motion to dismiss. Motion to dismiss granted. Cause dismissed.
MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2006–1162. Steele v. AultCare Corp.**
Stark App. No. 2005CA00241, 2006-Ohio-2200. On review of order certifying a conflict and appellee's motion to dismiss. Motion to dismiss granted. Cause dismissed.
MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2006–1192. Hatfield v. Fais.**
In Prohibition. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2006–1219. State ex rel. Wilson v. Ohio Dept. of Rehab. & Corr.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2006–1224. Bowen v. Stewart.**
Washington App. No. 05CA32, 2006-Ohio-831. On review of order certifying a conflict. The court determines that no conflict exists. This cause is therefore dismissed.
MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.